Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85065
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 13 PROCEEDINGS |
| ERIC D. ZICHELLA | ) | |
| DANA M. ZICHELLA | ) | CASE NO. B-09-09235-PHX |
| 16609 W. LATHAM ST. | ) | |
| | ) | CHAPTER 13 TRUSTEE'S REPORT |
| GOODYEAR, AZ  85338-6204 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

    Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice.  In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Wells Fargo Home Mortgage, Inc.<br>   c/o Tiffany & Bosco<br>   Phoenix, AZ  85016- | 05/11/2009<br>2525 E. Camelback Road, Suite 300 | $6079.69 | 0% | Secured |
| Ford Motor Credit Company<br>   Drawer 55-953 RE: Chapter 13 Payments<br>   Detroit, MI  48255- | 06/05/2009<br>P. O. Box 55000 | $23190.00 | 5.25% | Secured |
| Ford Motor Credit Company<br>   Drawer 55-953 RE: Chapter 13 Payments<br>   Detroit, MI  48255- | 06/05/2009<br>P. O. Box 55000 | $1381.82 | 0% | Unsecured |
| Wells Fargo Card Services<br>   Recovery Department<br>   Des Moines, IA  50306- | 05/11/2009<br>P.O. Box 9210 | $18522.28 | 0% | Unsecured |
| Sallie Mae, Inc.<br>   c/o Sallie Mae Guarantee Services, Inc.<br>   Wilkes-Barre, PA  18773-9430 | 05/27/2009<br>P.O. Box 9430 | $9572.79 | 0% | Unsecured |
| BANK OF AMERICA<br>   BANKRUPTCY DEPARTMENT<br>   GREENSBORO, NC  27499-3311 | 06/22/2009<br>P.O. BOX 26012 | $105070.43 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>   Attn: Bankruptcy/Recovery<br>   Norfolk, VA  23541- | 07/06/2009<br>P.O. Box 12914 | $592.67 | 0% | Unsecured |
| Roundup Funding, L.L.C.<br>   MS 550<br>   Seattle, WA  98111-9221 | 08/25/2009<br>P.O. Box 91121 | $5016.80 | 0% | Unsecured |
| Jonathan B. Frutkin, Esq.<br>   Two Renaissance Square<br>   Phoenix, AZ  85004- | 40 N. Central Ave., Suite #1400 | $1500.00 | 0% | Legal |
| Jonathan B. Frutkin, Esq.<br>   Two Renaissance Square<br>   Phoenix, AZ  85004- | 40 N. Central Ave., Suite #1400 | $2000.00 | 0% | Legal |

_____
Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85016
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com